

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN RE:<br>JOHN PATRICK STOKES,<br><br>Debtor. | CV 17–18–M–DWM<br><br>ORDER |

Before the Court is Appellant John Patrick Stokes' Motion to Transfer his appeal from decisions of the United States Bankruptcy Court for the District of Montana from this Court to the Bankruptcy Appellate Panel for the Ninth Circuit. (Doc. 4.) Stokes asserts that his appeal was mistakenly filed with this Court, and the motion to transfer jurisdiction has not been opposed. *See* L.R. 7.1(d)(1)(B)(ii).

Accordingly, IT IS ORDERED that the motion, (Doc. 4), is GRANTED. Jurisdiction is TRANSFERRED to the Bankruptcy Appellate Panel for the Ninth Circuit. 28 U.S.C. § 158(b)(1). The Clerk of Court is directed to ensure the record in this matter is transferred as necessary.

-1-

DATED this 20th day of March, 2017.

                     _____
                     Donald W. Molloy, District Judge
                     United States District Court